IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 41M-MPT |
| RICHARD LAWRENCE, | : | |
| Defendant. | : | |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Application and Affidavit for Criminal Complaint, Arrest Warrant, the Motion and Order to Seal, and the related file in the above-captioned case, because the defendant has been arrested.

                                              COLM F. CONNOLLY
                                              United States Attorney

BY: _/s/ Beth Moskow-Schnoll_

                                              Beth Moskow-Schnoll
                                              Assistant United States Attorney

Dated: July 21, 2006



FILED
JUL 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion, **IT IS ORDERED** that the Application and Affidavit for Criminal Complaint, Arrest Warrant, the Motion and Order to Seal, and the related file in the above-captioned case be **UNSEALED**.

*[signature]*
_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Judge
District of Delaware