AO 442 (Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

RICHARD LAWRENCE

**WARRANT FOR ARREST**

CASE NUMBER: 06- 41M-MPT

To: The United States Marshal
and any Authorized United States Officer

SE~~AL~~ED UNSEALED.

**YOU ARE HEREBY COMMANDED** to arrest Richard Lawrence, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly executing and attempting to execute a scheme or artifice to obtain any of the moneys owned by, or under the custody or control of, a financial institution by means of false or fraudulent pretenses, representations or promises,

in violation of Title __18__ United States Code, Section (s) __1344__.

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

[signature]
Signature of Issuing Officer

April 7, 2006    Wilmington, Delaware
Date and Location

Bail fixed at $ _____    by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at __844 King St. Wilm, DE 19801__ |

| DATE RECEIVED 4/7/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/14/07 | J. Folicichio | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest


REDACTED

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:** Richard Lawrence

**ALIAS:** _____

**LAST KNOWN RESIDENCE:** _____

**LAST KNOWN EMPLOYMENT:** _____

**PLACE OF BIRTH:** _____

**DATE OF BIRTH:** _____   , 65

**SOCIAL SECURITY NUMBER:** _____ 0866

**HEIGHT:** _____   **WEIGHT:** _____

**SEX:** _____   **RACE:** _____

**HAIR:** _____   **EYES:** _____

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:** _____

**FBI NUMBER:** _____

**COMPLETE DESCRIPTION OF AUTO:** _____

**INVESTIGATIVE AGENCY AND ADDRESS:** Postal Inspector Khary Freeland