FILED IN OPEN COURT ON 4-20-07

RPG

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**RICHARD LAWRENCE**

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **06-41M-MPT**

I, **RICHARD LAWRENCE**, charged in a complaint pending in this District with **BANK FRAUD**, in violation of Title **18**, U.S.C., **1344**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*Defendant*

*Counsel for Defendant*

April 20, 2007



FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE