IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 64-UNA |
| RICHARD LAWRENCE, | : |
| Defendant. | : |



REDACTED

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

*Introduction*

1.  At all times relevant to this Indictment, Wilmington Trust Company, Wachovia Bank and Citizens Bank were federally insured financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation, or FDIC.

*Scheme to Defraud*

2.  Beginning in or around August 2004, and continuing at least until in or around November 2004, Persons A and B, unindicted co-conspirators known to the grand jury, supplied Richard Lawrence, the defendant, with at least thirty-five counterfeit checks totaling over $120,000. Persons A and B paid the defendant to negotiate the checks at various banks in and around Delaware.

3.  The face of each counterfeit check showed that it was issued to an individual, the



FILED
MAY 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

conspirators known to the grand jury, supplied the defendant with identification, specifically, fraudulent drivers' licenses bearing the names of the payees on the checks.

4. After receiving each counterfeit check and piece of identification, Richard Lawrence, the defendant, went to branches of the Wilmington Trust Company, Wachovia Bank and Citizens Bank, showed the fraudulent identification, and cashed, or attempted to cash, each check.

## COUNT ONE

5. From on or about August 6, 2004, through on or about November 17, 2004, in the District of Delaware and elsewhere, Richard Lawrence, the defendant, and Persons A and B, unindicted co-conspirators known to the grand jury, did knowingly conspire with each other to execute and attempt to execute a scheme and artifice to defraud the Wilmington Trust Company, Wachovia Bank and Citizens Bank, federally insured financial institutions, as described more fully in paragraphs 1 through 4 above, incorporated herein by reference, in violation of 18 U.S.C. § 1344, and in execution of the fraud and in furtherance of the conspiracy, the defendant committed the following overt acts:

a. On or about August 6, 2004, the defendant, using identification in the name "B.R.", went to a Wachovia Bank branch and cashed a counterfeit check nominally payable to B.R. in the amount of $3,496 drawn on the account of "H.L.";

b. On or about August 24, 2004, the defendant, using identification in the name "N.B.", went to a Wachovia Bank branch and cashed a counterfeit check nominally payable to N.B. in the amount of $4,962 drawn on the account of "D.G.";

      c. On or about September 16, 2004, the defendant, using identification in the name "J.K.", went to a Wilmington Trust Company branch and cashed a counterfeit check nominally payable to J.K. in the amount of $1,709.21 drawn on the account of "Applied Control Engineering";

      d. On or about November 4, 2004, the defendant, using identification in the name "R.H.", went to a Wachovia Bank branch and cashed a counterfeit check nominally payable to R.H. in the amount of $2,700 drawn on the account of "Classic Settlements, Inc."; and

      e. On or about November 15, 2004, the defendant, using identification in the name "Y.N.", went to a Citizens Bank branch and cashed a counterfeit check nominally payable to Y.N. in the amount of $2,950 drawn on the account of "Y.N."

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO

6.    From in or around August 2004, through in or around November 2004, in the District of Delaware and elsewhere, Richard Lawrence, the defendant, did knowingly use, without lawful authority, means of identification of at least fifteen persons during and in relation to a violation of the bank fraud statute, 18 U.S.C. § 1344, and the bank fraud conspiracy statute, 18 U.S.C. § 1349, as described in paragraphs 1 through 5 above, incorporated herein by

/      /      /

A TRUE BILL:


Foreperson


COLM F. CONNOLLY
United States Attorney

BY: *Ben M. Schnoll*
Beth Moskow-Schnoll
Assistant United States Attorney


Dated: May 10, 2007