IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>    Plaintiff,  )<br>    )<br>v.   )   Crim. No. 07-064-1-SLR<br>    )<br>RICHARD LAWRENCE,  )<br>    )<br>    Defendant.  ) | |

**ORDER**

At Wilmington this 18th day of June, 2007, having conferred with counsel;

IT IS ORDERED that a telephone status conference is scheduled for **Thursday, July 19, 2007** at **5:00 p.m.**, with the court initiating said call.

                                                                               */s/ Sue L. Robinson*
                                                                              United States District Judge